

**The following constitutes the order of the court.
Signed December 18, 2012**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re: Michael Duane Harris | Case No.: 12-49177 WJL |
| Debtor(s)/ | Chapter: 13 |

ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 12/3/2012, and no objections having been filed,

THIS CASE IS HEREBY DISMISSED.

**END OF ORDER**

COURT SERVICE LIST

All Recipients